(Post 11/2015)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 2 2021

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
<u>CENTRAL</u>            DIVISION

<u>Angela Braswell Armstrong</u>

_____

_____
(Name of plaintiff or plaintiffs)

v.    CIVIL ACTION NO. <u>4:21-cv-1082-BSM</u>
(case number to be supplied by the assignment clerk)

<u>University of Arkansas at Little Rock</u>

This case assigned to District Judge <u>Miller</u>
and to Magistrate Judge <u>Volpe</u>

_____
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, <u>Angela Braswell Armstrong</u>, is a
         (name of plaintiff)
citizen of the United States and resides at <u>27 Arnold Palmer Cove</u>,
                                              (street address)
<u>Little Rock</u>, <u>Pulaski</u>, <u>Arkansas</u>, <u>72210</u>,
  (city)        (county)        (state)      (ZIP)
<u>501-773-5188</u>.
  (telephone)

3. Defendant, <u>University of Arkansas at Little Rock</u>, lives at, or its
                (name of defendant)
business is located at <u>2801 S. University Ave</u>, <u>Little Rock</u>,
                        (street address)              (city)
<u>Pulaski</u>, <u>Arkansas</u>, <u>72204</u>.
 (county)    (state)      (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at 2801 S. University Ave         , Little Rock                    ,
              (street address)                      (city)
Pulaski         , Arkansas          , 72204                       .
(county)          (state)              (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about November 20, 2020                      .
                                                        (month)      (day)       (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about April 5, 2021                      .
                                                        (month)      (day)       (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on August 16, 2021                      , a copy of which notice
                                              (month)     (day)     (year)
is attached to this complaint.

8. Because of plaintiff's (1) _____ race, (2) _____ color, (3) __**X**__ sex, (4) _____ religion, (5) _____ national origin, defendant:

    (a) _____ failed to employ plaintiff.

    (b) __**X**__ terminated plaintiff's employment.

    (c) _____ failed to promote plaintiff.

    (d) __X__ retaliated against plaintiff.

Defendant violated the rights of the Plaintiff under the Title VII of the Civil Rights Acts of 1964, as amended.

9. The circumstances under which the defendant discriminated against plaintiff were

as follows: Plaintiff was subjected to unwelcome, offensive and harassing sexually discriminatory conduct perpetrated by her supervior, Barrett Allen during her employment at the University of Arkansas at Little Rock. On July 15, 2020, plaintiff filed a sexual harassment complaint with the Title IX Office which resulted in Allen completing sexual harassment and leadership trainings. Afterwards, plaintiff was subjected to retaliation and a hostile work environment by Allen. When plaintiff reported incidents to Allen's supervisor, Joni Lee, the plaintiff was given reduced work hours and a projected termination date for complaining about the unlawful employment practices, in violation of Title VII of Civil Rights of 1964.

10. The acts set forth in paragraph 9 of this complaint:

   (a) _____ are still being committed by defendant.

   (b) __X__ are no longer being committed by defendant.

   (c) _____ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) _____ Defendant be directed to employ plaintiff, and

   (b) __X__ Defendant be directed to re-employ plaintiff, and

   (c) _____ Defendant be directed to promote plaintiff, and

   (d) __X__ Defendant be directed to compensate for violation of her rights

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

*[signature]*
SIGNATURE OF PLAINTIFF

Angela Braswell Armstrong
11/12/2021

| EEOC Form 161 (11/2020) | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|---|

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Angela Braswell Armstrong<br>27 Arnold Cove<br>Little Rock, AR 72210 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2021-00266 | Margie Myers,<br>Investigator | (501) 324-6214 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*                                    08/16/2021

**William A. Cash, Jr.,**
**Area Office Director**                         *(Date Issued)*

Enclosures(s)

cc: **Karen Baker**
**Employee Relations Manager**
**UNIVERSITY OF ARKANSAS LITTLE ROCK**
**2801 S UNIVERSITY AVE**
**Little Rock, AR 72204**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>493-2021-00266 and EEOC |
|---|---|---|

State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.)
ANGELA BRASWELL ARMSTRONG

**Home Phone**
(501) 773-5188

**Year of Birth**

**Street Address** — **City, State and ZIP Code**
27 ARNOLD COVE, LITTLE ROCK, AR 72210

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**
UNIVERSITY OF ARKANSAS OF LITTLE ROCK

**No. Employees, Members**
101 - 200

**Phone No.**
(501) 916-3180

**Street Address** — **City, State and ZIP Code**
2801 S. UNIVERSITY, LITTLE ROCK, AR 72204

**Name**

**No. Employees, Members**

**Phone No.**

**Street Address** — **City, State and ZIP Code**

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 07-15-2020   Latest: 11-20-2020

[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I worked as Community Health Program Coordinator for the University District Development Corporation, a nonprofit associated with UA Little Rock from June 2016 to September 30, 2018. On October 1, 2018, I was hired part-time (30 hours per week) by UA Little Rock perform the same job. On July 15, 2020, I filed a sexual harassment complaint against Barrett Allen, Executive Director. I was given a choice to follow a formal process or an informal process. Since Allen agreed to complete agreed to complete a sexual harassment and leadership training, I agreed to follow the informal process. On August 25, 2020, I received notification that Allen had completed the terms set forth in the agreement and the complaint was closed. After the complaint was closed, the retaliation started. On September 8, 2020, Allen sent me sick call in instructions requiring that if I call in sick then I must send an email, call his desk phone to leave a voice mail and send a text message to his personal cell phone. On September 10, 2020, Allen requested that I return to the office with a hybrid (1/2 remote hours and a 1/2 office hours). I immediately informed Allen and human resources that I was experiencing COVID symptoms and was not able to be seen by a doctor

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Angela Braswell Armstrong on 04-05-2021 01:13 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>493-2021-00266 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

until days later. I was required to return to work against CDC and the University's regulations of COVID.  On October 8, 2020 Allen sent email giving me directives to open my office door for security reasons.  After complying with his orders, he began frequently entering my office workspace knowing his presence in my office made me uncomfortable. Allen  instructions for me to leave my door open.  Allen began sabotaging my work.  He requested a project report in which after several revisions and efforts to satisfy his requests he kept sending back stating that it was not what he wanted.   On October 1, in a meeting to discuss the logistics of the project report. Allen became very agitated and hostile.  As punishment for not being able to provide the project report to his satisfaction, he changed my work schedule to end remote office hours. Throughout the planning process of an annual event planned with faculty and staff member, Allen was very contentious with me as well as the lead faculty member in which we continued to display non-supportive behaviors.  Allen did not approve the project on the release date which interfered with the outcome success of the project. On September 24, Allen assigned me several responsibilities that were not aligned with a part-time coordinator position. I requested a job description. When I got the job description, it did not reflect anything related to a health care coordinator position. On November 10, Allen and I met for our weekly meeting in which Allen became very belligerent. He was yelling and pointing his hand saying my job was to do what he told me to do.  On November 11, 2020, I contacted Allen's supervisor, Joni Lee and requested help and mediation.  On November 20, 2020, Lee, Allen and I met.  Lee said I would to her and not Allen; my hours would be reduced from 30 hours per week to 20 hours per week; effective immediately, I will work remotely from home; and my position will end on June 30, 2021.

I was told that I would no longer do administrative duties.  I was not given a reason as to why my position would end on June 30th.

I believe I was sexually harassed because of my sex, female, subjected to a different set of rules and work overload; my work sabotaged; my hours reduced and my position terminated; in retaliation for complaining about unlawful employment practices, in violation of Title VII of the Civil Rights Act of s1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Angela Braswell Armstrong on 04-05-2021 01:13 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |