IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA BRASWELL ARMSTRONG**                                    **PLAINTIFF**

v.                          CASE NO. 4:21-CV-1082-BSM

**BOARD OF TRUSTEES OF**
**UNIVERSITY OF ARKANSAS**                                       **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 29th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE

1