# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

September 25, 2023

4:21-cv-01082-BSM

Angela Braswell Armstrong
27 Arnold Palmer Cove
Little Rock, AR  72210

RE:  23-3141  Angela Braswell Armstrong v. Board of Trustees of the Univ. of Arkansas

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should contact the court reporter at the district court and make arrangements for production and payment. If you cannot afford a transcript and you have in forma pauperis status, you may file a motion with this court seeking preparation of a transcript at government expense. If you do not have in forma pauperis status and cannot afford a transcript, you must file a motion with the district court for permission to appeal as a poor person. Please note the motions for appointment of counsel are rarely granted in pro se civil cases.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc:    Clerk, U.S. District Court, Eastern District of Arkansas
       Mindy D. Pipkin

District Court/Agency Case Number(s):   4:21-cv-01082-BSM

**Caption For Case Number:   23-3141**

Angela Braswell Armstrong

       Plaintiff - Appellant

v.

Board of Trustees of the University of Arkansas, a Body Politic and Corporate

       Defendant - Appellee

**Addresses For Case Participants:   23-3141**

Angela Braswell Armstrong
27 Arnold Palmer Cove
Little Rock, AR  72210

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mindy D. Pipkin
UNIVERSITY OF ARKANSAS
Office of General Counsel
2404 N. University Avenue
Little Rock, AR  72207-3608

23-3141  Angela Braswell Armstrong v. Board of Trustees of the Univ. of Arkansas

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 09/25/2023

**Case Name:**    Angela Braswell Armstrong v. Board of Trustees of the Univ. of Arkansas
**Case Number:**  23-3141

**Docket Text:**
Civil case docketed. [5319350] [23-3141]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Angela Braswell Armstrong
27 Arnold Palmer Cove
Little Rock, AR  72210

**Notice will be electronically mailed to:**

Mindy D. Pipkin: Mpipkin@uasys.edu

## John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, September 25, 2023 10:55 AM |
| **Subject:** | 23-3141 Angela Braswell Armstrong v. Board of Trustees of the Univ. of Arkansas "CIVIL case docketed" (4:21-cv-01082-BSM) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 09/25/2023

| | |
|---|---|
| **Case Name:** | Angela Braswell Armstrong v. Board of Trustees of the Univ. of Arkansas |
| **Case Number:** | 23-3141 |
| **Document(s):** | Document(s) |

**Docket Text:**
Civil case docketed. [5319350] [23-3141] (Crystal Henderson)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Mindy D. Pipkin: Mpipkin@uasys.edu

**Notice will be mailed to:**

Angela Braswell Armstrong
27 Arnold Palmer Cove
Little Rock, AR 72210

The following document(s) are associated with this transaction:
**Document Description:** ProSe Docketing Letter
**Original Filename:** /opt/ACECF/live/forms/CrystalHenderson_233141_5319350_ProSeDocketingLetters_103.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/25/2023] [FileNumber=5319350-0]
[923da3eab89f1af022032bc1b42318aacb479ec5241d933f1c80c112c02bfe287e51bd276933c49ac1cc62bf203baddd5e4
22444df9617a23c4445074415c776]]
**Recipients:**

- Angela Braswell Armstrong

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Ms. Mindy D. Pipkin

**Document Description:** ProSe NDA
**Original Filename:** /opt/ACECF/live/forms/CrystalHenderson_233141_5319350_ProSeNDA_481.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/25/2023] [FileNumber=5319350-1]
[4e62a5f0a8395db2aac9900d06583c6f1828eefa4744e11aebbdcb9d504116de59e2ef06e7b090672f26c635966ff081bd0
bfd8eaff42d88b984efa5d45ec429]]
**Recipients:**

- Angela Braswell Armstrong
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Ms. Mindy D. Pipkin

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5319350
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7365774, 7365775

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

### APPEAL BRIEFING SCHEDULE ORDER

Appeal No.    23-3141    Angela Braswell Armstrong v. Board of Trustees of the Univ. of Arkansas

Date:    September 25, 2023

　　　　If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, CDs, videos, administrative records and state court files.

### FILING DATES:

**NOTE:**  These dates may be advanced if a party files a brief early. The dates may also be extended if party obtains an extension of time. See FRAP 31(a).

Appellant Brief: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11/06/2023**
  **( Angela Braswell Armstrong )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **21 days from the date of service of the Appellee brief.**

　　　　Please note the provisions of Eighth Circuit Rule 32A concerning the filing of briefs and reply briefs responding to multiple briefs.

### ALL BRIEFS MUST BE FILED WITH THE
### ST. LOUIS CLERK'S OFFICE

**John Hibbs**

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, September 25, 2023 10:57 AM |
| **Subject:** | 23-3141 Angela Braswell Armstrong v. Board of Trustees of the Univ. of Arkansas "Civil Briefing Schedule Set" (4:21-cv-01082-BSM) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 09/25/2023

| | |
|---|---|
| **Case Name:** | Angela Braswell Armstrong v. Board of Trustees of the Univ. of Arkansas |
| **Case Number:** | 23-3141 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS: If the original file of the U.S. District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by 8th Circuit Rule 30A shall not be required. In accordance with 8th Circuit Local Rule 30A (a)(2), the clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format or filed under seal, exhibits, administrative records and state court files.
BRIEF OF APPELLANT Angela Braswell Armstrong due 11/06/2023.
Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant. [5319357] [23-3141] (Crystal Henderson)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Mindy D. Pipkin: Mpipkin@uasys.edu

**Notice will be mailed to:**

Angela Braswell Armstrong
27 Arnold Palmer Cove
Little Rock, AR 72210

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:** /opt/ACECF/live/forms/CrystalHenderson_233141_5319357_ProSeBriefingSchedule_176.pdf

1

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/25/2023] [FileNumber=5319357-0]
[9b8126ddfc77f4c2c933d86c871d00aadd121e178e3aab919f5ee2d323695bf82456b68d8833452eba20ac8d99dd782b32
fa339ba526bd43a0d8b2f7233962c1]]
**Recipients:**

- Angela Braswell Armstrong
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Ms. Mindy D. Pipkin

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5319357
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7365787, 7365788