# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 20, 2024

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
May 20, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
                    DEP CLERK
```

Angela Braswell Armstrong
27 Arnold Palmer Cove
Little Rock, AR  72210

RE:  23-3141  Angela Braswell Armstrong v. Board of Trustees of the Univ. of Arkansas

Dear Angela Braswell Armstrong:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Stephanie N. O'Banion
Acting Clerk of Court

MTB

Enclosure(s)

cc:   Clerk, U.S. District Court, Eastern District of Arkansas
      Honorable Brian S. Miller
      Mindy D. Pipkin
      Amber R. Schubert

       District Court/Agency Case Number(s):   4:21-cv-01082-BSM

# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-3141
_____

Angela Braswell Armstrong

*Plaintiff - Appellant*

v.

Board of Trustees of the University of Arkansas, a Body Politic and Corporate

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: May 14, 2024
Filed: May 20, 2024
[Unpublished]

_____

Before LOKEN, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

    Angela Armstrong appeals the district court's[1] adverse grant of summary judgment in her action against the Board of Trustees of the University of Arkansas,

---

[1] The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

in which she alleged she was subjected to a hostile work environment and retaliated against, in violation of Title VII of the Civil Rights Act. Upon careful review, we conclude that Armstrong failed to present sufficient evidence to establish an actionable hostile work environment claim. See Gilbert v. Des Moines Area Cmty. College, 495 F.3d 906, 913 (8th Cir. 2007) (standard of review); see also Paskert v. Kemna-Asa Auto Plaza, Inc., 950 F.3d 535, 538 (8th Cir. 2020). We also agree with the district court that Armstrong failed to demonstrate that she was retaliated against for filing a hostile work environment complaint. See Tyler v. Univ. of Ark. Bd. of Trustees, 628 F.3d 980, 985 (8th Cir. 2011).

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____