# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
May 20, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

No: 23-3141

Angela Braswell Armstrong

Plaintiff - Appellant

v.

Board of Trustees of the University of Arkansas, a Body Politic and Corporate

Defendant - Appellee

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-01082-BSM)

**JUDGMENT**

Before LOKEN, SHEPHERD, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

May 20, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Stephanie N. O'Banion