# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3141

Angela Braswell Armstrong

Appellant

v.

Board of Trustees of the University of Arkansas, a Body Politic and Corporate

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-01082-BSM)

---

**MANDATE**

In accordance with the opinion and judgment of May 20, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 10, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 10, 2024
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK